IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIA MCREE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 4:18-cv-306** |
| HOME ASSET, INC., D/B/A NEWQUEST | § | **JURY TRIAL DEMANDED** |
| PROPERTIES, HOBBY LOBBY | § | |
| STORES, INC., HOME DEPOT USA, | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT HOBBY LOBBY STORES, INC.'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and Local Rule CV-81, Defendant HOBBY LOBBY STORES, INC. (hereinafter referred to as "Defendant" or "Hobby Lobby"), hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), Defendant sets forth the following "short and plain statement of the grounds for removal."

## I.
## THE REMOVED CASE

1.      The removed case is a civil action first filed with the 240th Judicial District Court of Fort Bend County, Texas, on December 27, 2017, styled *Julia McRee v. Hobby Lobby Stores, Inc.*, Cause No. 17-DCV-247575.

## II.
## DOCUMENTS FROM REMOVED ACTION

2.    Pursuant to Local Rule CV-81, Defendant attaches the following documents to this Notice of Removal:

(a)    All executed process in the case;

(b)    Pleadings asserting causes of action (e.g., petitions, counterclaims, cross actions, interventions, and all answers to such pleadings);

(c)    All orders signed by the state judge;

(d)    The docket sheet;

(e)    An index of matters being filed; and

(f)    A list of all counsel of record, including addresses, telephone numbers and parties represented.

These aforementioned documents are attached to this Notice of Removal as *Exhibit A*.

## III.
## REMOVAL IS TIMELY

3.    Plaintiff, Julia McRee, (hereinafter referred to as "Plaintiff"), filed the present civil lawsuit against the Defendant in the 240th Judicial District Court of Fort Bend County, Texas ("the State Court Action"), on December 27, 2017. Defendant HOBBY LOBBY STORES, INC. ("HOBBY LOBBY") was served with Plaintiff's Original Petition ("Petition") on or about January 2, 2018. In the Petition, Plaintiff asserts negligence causes of action against the Defendant based on premises liability.

4. Since the thirtieth day of service of the Original Petition falls on February 2, 2018, this Notice of Removal is filed timely pursuant to 28 U.S.C. § 1446(b).

## IV.
## VENUE IS PROPER

5. The United States District Court for the Southern District of Texas is the proper venue for removal of the state court action pursuant to 28 U.S.C. § 1441(a) because the 240th Judicial District Court of Fort Bend County, Texas, is located within the jurisdiction of the United States District Court for the Southern District of Texas – Houston Division.

## V.
## DIVERSITY OF CITIZENSHIP EXISTS

6. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship in accordance with 28 U.S.C. §§ 1441 and 1446.

7. At the time of the filing of the Petition, Plaintiff, Julia McRee was and still is a resident of Fort Bend County, Texas.

8. Defendant HOBBY LOBBY STORES, INC. is a foreign corporation organized and existing under the laws of the State of Oklahoma. Additionally, Hobby Lobby's principal place of business is located in Oklahoma City, Oklahoma. Pursuant to 28 U.S.C. § 1332(c)(1), HOBBY LOBBY is not a citizen of the State of Texas.

9.    Defendant Home Depot USA, Inc., upon information and belief is a foreign corporation organized and existing under the laws of the State of Delaware and its principal place of business in Atlanta, Georgia.

10.    Upon information and belief, Defendant Home Asset, Inc., d/b/a Newquest Properties is not a resident of the State of Texas.

11.    Because the Plaintiff is a resident of the State of Texas, HOBBY LOBBY is a resident of the State of Oklahoma, Home Depot USA, Inc. is a resident of the State of Georgia, and upon information and belief, Defendant Home Assets, Inc. d/b/a NewQuest Properties is not a resident of the State of Texas, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332.

## VI.
## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

12.    In the Original Petition, the Plaintiff affirmatively alleges that she "seeks monetary relief over $100,000 but not more than $200,000."[1]

13.    Based on the aforementioned facts, the State Court Action may be removed to this Court by the Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas – Houston, Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

---

[1] *See,* Plaintiff's Original Petition at p. 2, ¶ 7.

## VII.
## FILING OF REMOVAL PAPERS

14.    Pursuant to 28 U.S.C. § 1446(d), Defendant is providing written notice of the filing of this Notice of Removal to all counsel of record and is filing a copy of this Notice with the Clerk of the 240th Judicial District Court of Fort Bend County, Texas, in which this action was originally commenced.

15.    Defendant Home Depot USA, Inc. has consented and is not opposed to the filing of this Notice of Removal.  Defendant Home Asset, Inc. d/b/a NewQuest Properties, upon information and belief, has not been served with process or otherwise made an appearance as of the time of filing of this removal.

## VIII.
## CONCLUSION

16.    Defendant HOBBY LOBBY STORES, INC., hereby prays that the above-captioned action be removed from the 240th Judicial District Court of Fort Bend County, Texas, and requests that further proceedings be conducted in the United States District Court for the Southern District of Texas, Houston Division, as provided by law.

Respectfully submitted,

**KANE  RUSSELL  COLEMAN  LOGAN  PC**
5051 Westheimer Road, Suite 1000
Houston, Texas 77002
713.425.7400 / Fax: 713.425.7700

By:   *s/Kevin P. Riley*
         Kevin P. Riley
         *Attorney-in-Charge*
         State Bar No. 16929100
         Southern Bar No. 13766
         E-Mail: kriley@krcl.com
         -and-
         Robin R. Gant
         State Bar No. 24069754
         Southern Bar No. 2364643
         E-Mail: rgant@krcl.com
         1601 Elm Street, Suite 3700
         Dallas, Texas 75201
         214.777.4200 / Fax: 214.777.4299

         ***Attorneys for Defendant***
         ***Hobby Lobby Stores, Inc.***

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on this 1st day of February 2018, a true and correct copy of the foregoing document was served on counsel of record as follows:

ALEX LIEBER-ALESSIE
2203 HARDY STREET
HOUSTON, TX 77026

*Counsel for Plaintiff*
*Julie McRee*

☐ E-MAIL (ALEXLEX.LAW@SBCGLOBAL.NET)
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ CM/ECF
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

ARTHUR K. SMITH
LAW OFFICES OF ARTHUR K. SMITH
507 PRESTIGE CIRCLE
ALLEN, TEXAS 75002-3438
*Counsel for Defendant*
*Home Depot USA, Inc.*

☐ E-MAIL (ASMITH@AKSMITHLAW.COM)
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ CM/ECF
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

*s/Kevin P. Riley*
Kevin P. Riley